UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:21-CR-29-REW-HAI |
| ) | |
| v. ) | |
| ) | ORDER |
| CASPER G. HURLEY, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court following Defendant Casper G. Hurley's final revocation hearing on two charges of violating supervised release. After conducting the hearing, Judge Ingram recommended that the undersigned find Hurley guilty of the charged violations, revoke his supervision, and sentence him to a term of incarceration of 18 months followed by a two-year term of ensuing supervised release. DE 10 at 9-10. Judge Ingram informed Defendant of his right to object to the recommendation. *Id.* Defendant waived allocution. DE 11. Judge Ingram also recommended that the Defendant be assessed for addiction treatment upon his release. The prescribed fourteen-day objection period has passed, and neither Hurley nor the United States objected to the Recommended Disposition.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 66, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate's judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to

"any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record and Judge Ingram's thorough treatment, **ORDERS** as follows:

1. The Court **ADOPTS** DE 10 and **ADJUDGES** Defendant Hurley guilty of the two charged violations of supervision (DE 1); and

2. The Court **SENTENCES** Defendant Hurley to a term of incarceration of 18 months, to be followed by a term of supervised release of two years under the conditions contained in Defendant's original judgment (DE 1-3). The Court further adopts Judge Ingram's recommendation that Defendant be assessed for addiction treatment needs, with apt treatment to follow, upon his release. The Court will enter an appropriate revocation judgment.

This the 23rd day of November, 2021.

Signed By:
*Robert E. Wier*
United States District Judge